## Ex Parte Fuertes.

Solicitud para que se expida mandamiento de *Certiorari*.

No. 28.—Resuelto en abril 5, 1907.

Certiorari—Suspensión del Juicio.—Una resolución de la corte inferior ordenando la suspensión del juicio, depende de la sana discreción de la corte y no está sujeta á revisión por medio de un recurso de *certiorari*.

Los hechos están expresados en la opinión.

Abogado del peticionario: Sr. *Cayetano Coll y Cuchí*.

El Juez Asociado Sr. Wolf emitió la opinión del tribunal.

La acción de la corte al suspender ó prorrogar un caso no es materia de revisión, y pertenece á la sana discreción del Juez. Así lo prescriben las secciones 140 y 200 del Código de Enjuiciamiento Civil, y también las autoridades citadas en la página 816 del tercer tomo del *American and English Encyclopedia of Law.* Por lo tanto, la solicitud de auto de *certiorari* debe denegarse.

*Denegada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.